RECEIVED

AUG – 3 2022

Foreclosure Dept.
Circuit Court For
Baltimore City

**MAYOR AND CITY COUNCIL OF BALTIMORE**

**Plaintiff,**

        **v.**

**THE ESTATE OF JOSEPH BELL,**
3130 Ravenwood Ave.
Baltimore, MD 21213

Serve: Anthony De Laurentis, Personal
Representative,
2100 Jolie Pl.
Crofton, MD 21114

**AND**

**THE ACREAGE LAND COMPANY, formerly
an unknown entity in the State of Maryland,**
Served via SDAT

**AND**

**THE STATE OF MARYLAND,**
Serve:  Brian Frosh, Attorney General
        200 St. Paul Street
        Baltimore, MD 21201

Also:  Kimberly Stephens, Esquire,
      Counsel for the Comptroller
      301 W. Preston Street, Suite 410
      Baltimore, MD 21201

**AND**

**IN THE
CIRCUIT COURT
FOR
BALTIMORE CITY**

**Case No. :**

COPY

UNITED STATES OF AMERICA
Serve: Merrick Garland, Attorney General          *
        U.S. Department of Justice
        10th Street & Constitution Avenue, NW     *
        Washington, DC 20530
                                                  *

Also Serve: Robert K. Hurr
        U.S. Attorney's Office for the District of MD  *
        36 S. Charles Street, 4th Floor
        Baltimore, MD 21201                           *

AND                                               *

US BANK, CUSTODIAN FOR LLF1-MD, INC.,  *
a national association in the State of Maryland,
Serve: The Corporation Trust, Resident Agent     *
        2405 York Rd., Suite 201
        Baltimore, MD 21093                          *

AND                                               *

ALL PERSONS HAVING OR CLAIMING TO  *
HAVE ANY INTEREST IN THE PROPERTY
KNOWN AS 3130 RAVENWOOD AVE, WARD *
08, SECTION 26, BLOCK 4178A, LOT 016,
                                                  *

Defendants.
*       *       *       *       *       *       *       *       *       *       *       *

## COMPLAINT OF IN REM FORECLOSURE
### (3130 Ravenwood Ave.)

Plaintiff, MAYOR AND CITY COUNCIL OF BALTIMORE, ("Plaintiff") by Brian H.

Kilgore, Esq., its attorney, alleges as follows:


1.      The Baltimore City Code permits the Department of Housing and Community

Development to file an action on behalf of the Mayor and City Council in the Circuit Court

of Baltimore City for the in rem foreclosure of real property. Baltimore City Code - Taxes Sec.

8.1-1(b), Sec. 8.1-2.

2.      The description of the property is as follows:

BEGINNING for the same on the north side of Ravenwood Avenue as now laid out 40 feet wide, at the distance of 326 feet 11 1/2 inches westerly from the west side of Greenview Avenue and at a point in a line with the center of a partition wall there situate and running thence westerly, binding on the north side of Ravenwood Avenue 13 feet to a point in a line with the center of another partition wall there situate, thence northerly to and through the center of the said last mentioned partition wall and continuing the same course parallel with Greenview Avenue in all 79 feet to the south side of a 10 foot alley there situate thence easterly binding on the south side a 10 foot alley with the use thereof and of the alley connecting therewith in common 13 feet and thence southerly parallel with Greenview Avenue, and through the center of the said first mentioned partition wall in all 79 feet to the place of beginning. The improvements thereon now of formerly known as No. 3130 Ravenwood Avenue.

3.      Also known as 3130 Ravenwood Ave., Ward 08, Section 26, Block 4178A, Lot 016. Lot Size: 13x79 on the Tax Roll of the Director of Finance. This descriptor is Tax Identification Number of Baltimore City. Sec. 8.1(7)(c).

4.      The subject property is an improved property cited as vacant and unsafe or unfit for human habitation or other authorized use. The most recent code violation notice is included here as exhibit 1. The time for appeal of the violation notice has expired without an appeal having been filed or an administrative review of a filed appeal has been decided in favor of the building official. §8.1-3(b)(1)

5.      As of the present date there are unpaid municipal liens against the subject vacant and abandoned property identified herein. The subject property is at least six months in arrears on taxes and liens and the total amount of liens on the property exceeds the total value of the

property. The total liens against the subject property at the time of filing are $29,068.26. A copy of a lien certificate showing the municipal liens on the property is attached hereto and incorporated herein by reference as Plaintiff's Exhibit No. 2. Sec. 8.1-3(b)(2)

6.      The Maryland State Department of Assessment and Taxation's assessed valuation of the subject property is 11,000.00 (twenty thousand dollars and zero cents). A copy of the SDAT property data is incorporated by reference as Plaintiff's Exhibit No. 3.

7.      An abstractor's affidavit of title and estate search going back at least 50 years; a copy of the abstractor's title report, including any estate search results; and any affidavits for bring-to-date searches or affidavits of search for unknown ground rent owner are attached collectively as part of Plaintiff's Exhibit No. 4.

8.      Prior to filing this Complaint, the Department has sent notice by certified mail, restricted delivery, return receipt requested, to the owner of record of the subject property at the tax address on record among the City's real property records. This notice clearly identified the subject property, identified the tax and municipal liens due to the Mayor and City Council, and stated that unless full payment of all municipal liens was made to the Department of Finance within 30 days, the Department may file an in rem foreclosure action in the Circuit Court for Baltimore City and seek the vesting of title to the property in the Mayor and City Council of Baltimore. Copies of this mailing and well as any envelopes and return receipts are attached hereto and incorporated by reference as Plaintiff's Exhibit No. 5.

9.      A search and examination of the Land Records of Baltimore City, the records of the Circuit Court for Baltimore City, and the records of the Register of Wills for Baltimore City discloses that the Fee Simple interest in 3130 Ravenwood Ave., Baltimore City, Maryland is vested in Joseph Bell and Mattie L Bell by way of a Deed dated March 11, 1977, as

recorded in the Land Records of Baltimore City in Liber RHB 3472, Folio 543. Both Joseph Bell and Mattie L Bell have since departed this life. Mattie L Bell predeceased Joseph Bell. The Estate of Joseph Bell is named in this action.

10.     Plaintiff has discovered a lease agreement limiting the usage of the subject property in a Lease dated November 17, 1920, as found in the Land Records of Baltimore City in Liber SCL 3670, Folio 609. The lessor, The Acreage Land Company, is named in this complaint.

11.     Plaintiff has discovered an open judgment in favor of The State of Maryland, , as found in case No: 84160074L in the Circuit Court for Baltimore City, dated June 8, 1984.

12.     Plaintiff has discovered an open judgment in favor of The State of Maryland, , as found in case No: 24-L-17-005251 in the Circuit Court for Baltimore City, dated July 26, 2017.

13.     Plaintiff has discovered an open judgment in favor of The State of Maryland, , as found in case No: 24-L-19-006291 in the Circuit Court for Baltimore City, dated June 10, 2019.

14.     Plaintiff has discovered an open judgment in favor of The State of Maryland, , as found in case No: 24-L-19-012717 in the Circuit Court for Baltimore City, dated November 6, 2019.

15.     Plaintiff has discovered an open judgment in favor of The United States of America, as found in case No: 24-L-18-006368 in the Circuit Court for Baltimore City, dated May 24, 2018.

16.     Plaintiff has discovered an open judgment in favor of US Bank, custodian for LLF1-MD, Inc., against the subject property, as found in case No: 24-C-13-004511 in the Circuit Court for Baltimore City, dated September 12, 2014.

17.     Plaintiff has discovered a lease agreement limiting the usage of the subject property in a Lease dated March 31, 1928, as found in the Land Records of Baltimore City in Liber SCL 4864, Folio 424. The lessor, The Acreage Land Company, is named in this complaint.

WHEREFORE, Plaintiff respectfully prays:

A.  That this Honorable Court pass a final Judgment foreclosing all interests in the subject property of all Defendants named herein, and all persons having or claiming to have any interest in and to the property herein described.

B.  That this Honorable Court may pass a final Judgment vesting in the Plaintiff an absolute and indefeasible FEE SIMPLE title, pursuant to Baltimore City Code - Tax Section 8.1-13(b)(2), in and to the property as described herein and referred to, and to foreclose all prior or subsequent alienations and descents of the property herein described, and all encumbrances thereon, except public easements to which the property is subject.

C.  That a Writ of Summons be issued to each of the Defendants, commanding them to appear in this Court on some day certain to be named therein, and answer this Complaint, or redeem the said property by paying all outstanding taxes and liens and abide by and perform such decree or orders as may be passed herein, and warning them that in case of failure to do so, a final Judgment will be rendered foreclosing all rights in the aforesaid property.

D.  That an Order of Publication be issued giving notice to all parties in interest and to any persons, claiming an interest in and to the aforesaid property of the object and substance of this Complaint and commanding them to be and appear in this Court in person or by solicitor some certain day to be named therein and show cause, if any they may have, why the Judgment should not be passed as prayed.

E.  That a hearing be set for 120 days from the date of this Complaint being filed;

E.   That your Plaintiff may have such other and further relief as this case may require.


Brian H Kilgore, Esquire
Assistant City Solicitor
417 E. Fayette St., Room 1001
Baltimore, MD 21201
(443) 984-3271
briankilgore@baltimorecity.gov

Attorney for Plaintiff


Under penalty of perjury, I hereby verify that I have reviewed the complaint. Plaintiff, through its attorney, knows or believes that all information that the plaintiff has personal knowledge of to be true, and that the plaintiff, through its attorney, believes the information that the plaintiff does not have personal knowledge of to be true based on all available information.


8/4/22
DATE

Brian H. Kilgore, Esq.

| MAYOR AND CITY COUNCIL OF BALTIMORE | * | IN THE CIRCUIT COURT |
|---|---|---|
| Plaintiff, | * | FOR BALTIMORE CITY |
| | * | |
| v. | * | Case No. : |
| THE ESTATE OF JOSEPH BELL, | * | 24C22- 3402 |
| THE ACREAGE LAND COMPANY, | * | |
| THE STATE OF MARYLAND, | * | |
| UNITED STATES OF AMERICA | * | |
| US BANK, CUSTODIAN FOR LLF1-MD, INC., | * | |
| ALL PERSONS HAVING OR CLAIMING TO HAVE ANY INTEREST IN THE PROPERTY KNOWN AS 3130 RAVENWOOD AVE, WARD 08, SECTION 26, BLOCK 4178A, LOT 016, | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER OF PUBLICATION

The object of this proceeding is to secure the foreclosure of all rights of redemption in and vest title in the Mayor and City Council to the following property in the City of Baltimore:

3130 Ravenwood Ave.

Ward 8, Section 26, Block 4178A, Lot 16, Lot Size: 13x79

The Complaint states among other things, that the real property is a property cited as vacant and unsafe or unfit for habitation or other authorized use on a housing or building violation notice, and that the amounts necessary for redemption have not been paid.

It is thereupon this _9_ day of _August_____, 2022, by the Circuit Court for Baltimore City, ORDERED, that notice be given by the insertion of a copy of this

Order in some newspaper having a general circulation in Baltimore City, Maryland, once a week for three (3) successive weeks, warning all persons interested in the property described above to appear in this Court by the ___8___ day of ___October___, 2022, and redeem the property and answer the Complaint or thereafter a final judgment will be entered foreclosing all rights of redemption in the property, and vesting title in the Mayor and City Council of Baltimore, free and clear of all encumbrances.

ANTHONY F. VITTORIA
JUDGE,

Judge of the Circuit Court for Baltimore City

Please send bill to:
DHCD Land Resources Legal
Attn: Deidre Anderson
417 E. Fayette St., Suite 1001
Baltimore, MD 21202

RECEIVED

| | | |
|---|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * | **IN THE** |
| | * | **CIRCUIT COURT** |
| Plaintiff, | | **FOR** |
| | * | **BALTIMORE CITY** |
| v. | * | |
| | | Case No. : |
| **THE ESTATE OF JOSEPH BELL,** *et al.,* | * | 24C-22-003402 |
| | * | |
| Defendants. | | |

AUG – 3 2022
Foreclosure Dept.
Circuit Court For
Baltimore City

*   *   *   *   *   *   *   *   *   *   *

## REQUEST FOR POSTING OF STATUTORY NOTICE

TO:  THE SHERIFF OF BALTIMORE CITY

WHEREAS a Complaint for In Rem Foreclosure has been filed, along with all appropriate fees, by the above named Plaintiff with the Circuit Court,

YOU ARE HEREBY DIRECTED to post the annexed notice, in a conspicuous place, on the subject property known as 3130 Ravenwood Ave., Ward 08, Section 26, Block 4178A, Lot 16 pursuant to Court Rule 14-503 and return an affidavit of said posting to the Clerk of the Court.

Dated: 8|5|2022          _Marilyn Bentley_

                              CLERK OF THE COURT

                    MARILYN BENTLEY, CLERK

| | | |
|---|---|---|
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * | **IN THE** |
| | | **CIRCUIT COURT** |
| | * | **FOR** |
| **Plaintiff,** | | **BALTIMORE CITY** |
| | * | |
| v. | | **Case No. :** $\mathcal{U} \, \mathcal{C}$ - $\partial \partial$ - $3402$ |
| | * | |
| **THE ESTATE OF JOSEPH BELL,** *et al.,* | | |
| | * | |
| **Defendants.** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE TO INTERESTED PARTIES OF ACTION TO FORECLOSE

This notice is provided pursuant to the requirements of Baltimore City Code, Art. 28, § 8.1-8 (d) (2), and Maryland Rule 14-502(b)(3) in connection with the filing in Court of the above-referenced action.

A. The object of this proceeding is to secure the foreclosure of the following property situated and lying in Baltimore City. The Complaint states, among other things, that the amount necessary for the redemption has not been paid.

B. That the description of the property in this foreclosure proceeding is: Situated in the City of Baltimore, known as 3130 Ravenwood Ave., and described as Lot Size 79x13, being known as Ward 08, Section 26, Block 4178A, Lot 16.

C. If the above-named person or entity you represent has a recorded interest, claim, lien or judgment regarding the property or its owner, you and your client are hereby notified of the filing of this Complaint and are warned to redeem the property or file an answer to the Complaint on or before the latest of:

     a. The expiration date of the period described in the summons or
     b. The date specified in the Order of Publication or
     c. 33 days after the mailing out of said Order of Publication

D. Failure to redeem the property or answer the Complaint may result in a Final Judgment ordering that the ownership of the subject property is transferred to the Mayor and City Council of Baltimore, including the interest of each of the defendants included in this proceeding, pursuant to Md. Code Ann. Tax-Property § 14-876.

E. The above notwithstanding, pursuant to Md. Code Ann. Tax-Property §14-875, a person with a legal interest in the property may redeem at any time until the right of redemption has been finally foreclosed by the actual issuance of Judgment of Foreclosure by the Court.

Brian H. Kilgore, Esq.
417 E. Fayette St. Room 1001
Baltimore, MD 21201
(443) 984-3271

**CLERK OF THE COURT**

MARILYN BENTLEY, CLERK

1983



## CODE VIOLATION NOTICE AND ORDER
*By Authority of the Mayor and City Council of Baltimore*

BRANDON M. SCOTT
MAYOR

ALICE KENNEDY
COMMISSIONER

**BALTIMORE CITY
DEPARTMENT OF HOUSING &
COMMUNITY DEVELOPMENT**

Page 1 of 5

8/4/2022

Notice Number: 813362A-1

JOSEPH BELL & WF (BOTH DECEASED)
3130 RAVENWOOD AVE
BALTIMORE, MD 21213-1644

**Inspector:**
Name: SHARON ABRAHAM
Phone:(410)396-7736
Area Office:   5225 York  Road
              Baltimore, MD 21215

**Location of Violation:**
Address:3130 RAVENWOOD AVE
Block:4178A      Lot:016

**Violation:**
Issued: *02/29/2012*
Number: 813362A-1

A Housing Code Enforcement Official inspected the property listed above and determined the property was in violation of the Building, Fire and Related Codes of Baltimore City. You are hereby ORDERED to obtain all required permits and to correct all the items cited on this notice on or before March 30, 2012. Individual items on this notice may require earlier completion as noted.

### Violation

Item # 1:                                           Complete within 30 Days
Location: THROUGHOUT
Violation: A Housing Code Enforcement Official inspected the property listed above and determined the property was unfit for human habitation or other authorized use pursuant to sections 116–121 of BFRCBC.  You are hereby ordered to:

A.      Secure all accessible openings within five (5) days of the issue date on this notice and notify inspector when this is completed. Keep all openings secured until the building is razed or rehabilitated.

B.      Remove all trash, debris, high grass and weeds from premises, including but not limited to: abutting sidewalks, gutters, and alleys within five (5) days of the issue date on this notice and notify inspector when this is completed.  Keep premises in clean and sanitary condition at all times.

C.      Rehabilitate or raze building, within 30 days, after securing approval from the building official.  The Housing Code Official for your area may extend the time within which to comply with any item on this notice.

D.      Obtain an occupancy permit before using or occupying the property.

CODE VIOLATION NOTICE AND ORDER
*By Authority of the Mayor and City Council of Baltimore*



**BALTIMORE CITY**
**DEPARTMENT OF HOUSING &**
**COMMUNITY DEVELOPMENT**

BRANDON M. SCOTT
MAYOR

ALICE KENNEDY
COMMISSIONER

Page 2 of 5

Notice Number: 813362A-1

8/4/2022

If you intend to rehabilitate this property for homeownership, please note that significant tax credits from the City of Baltimore **MAY** be available to benefit the future homeowner.  Go to http://www.baltimorecity.gov and search "Finance / TaxCredits" to learn more about the "Vacant Dwelling Property Tax Credit" the "Home Improvement Tax Credit" and the "Newly Constructed Dwelling Property Tax Credit" (which applies in part to certain rehabilitated structures). Or call the Baltimore City Revenue Collections Call Center at 410-396-3971.

If you need further help or information please telephone the inspector listed above.

**Authority Of Commissioner To Order Repairs At Your Expense**
    If the premises are not kept clean, the building is not kept secure, and/or the building is not rehabilitated or maintained in accordance with minimum maintenance standards as ordered, or the property presents a health hazard, or nuisance as defined in the Baltimore City Health Code section 5-101, the city is authorized to do all or any part of the required work, or to demolish and remove the building or any part thereof, the cost of which will become both a lien against the property and a personal debt owed by all persons having an interest in the property.

**Penalties**
    Failure to correct each violation in the time and manner prescribed is a criminal misdemeanor subject to a fine of up to $500 per day. A violation may also be enforced by Court Order and civil penalty.  In addition to initiating prosecution or other legal enforcement proceedings the Commissioner or an authorized representative of the Commissioner is authorized to complete all required work without further notice. The expense of the work will be both a personal debt and a lien against the property.

    Certain violations of the BFRCBC and Zoning Code carry penalties that exceed the $500 fine per day and in some cases may include incarceration.

**Abatement Procedure**
    Work must be inspected and approved before this notice will be abated.  Contact your area housing office at the number listed on page 1 to schedule an inspection when corrections have been completed. An abatement letter will be sent upon verifying satisfactory completion.  All repairs, maintenance work, alterations, or installations must be done in a workmanlike manner.  The Housing Code Official for your area may extend the time within which to comply with any item on this notice.

CODE VIOLATION NOTICE AND ORDER
*By Authority of the Mayor and City Council of Baltimore*

BRANDON M. SCOTT
MAYOR

ALICE KENNEDY
COMMISSIONER



BALTIMORE CITY
DEPARTMENT OF HOUSING &
COMMUNITY DEVELOPMENT

Page 3 of 5

Notice Number: 813362A-1

8/4/2022

## Administrative Review

**Violations of the Zoning Code of Baltimore City:**

An appeal of a zoning violation must be requested within 10 business days from the date of service upon you, on forms provided by the Zoning Administrator. Forms and assistance may be obtained at 417 E. Fayette Street, Baltimore, Maryland 21202, Room 100, 410-396-4126. Appeals of a zoning violation are heard before the Board of Municipal Zoning Appeals.

**Violations of the Building, Fire and Related Codes of Baltimore City:**

You have the right to request an administrative review of any violation notice and order of the BFRCBC. Your request must: 1) be in writing; 2) be made within 10 days of service upon you; 3) set forth in full the reasons for review; and 4) be mailed certified or registered mail, return receipt requested to Deputy Commissioner, Permit and Code Enforcement at 417 E. Fayette Street, 3rd Floor, Baltimore, Maryland, 21202.

A request for a review of a condemnation or other notice or order with a completion date of less than 10 days must be made before the expiration of the notice. In emergency situations this review procedure may not be available.

Separate appeal request must be made if you are appealing violations of both the Zoning Code and the BFRCBC.

## Lead Warning Statement

Many homes built before 1978 were painted using lead-based paint. Lead-based paint is particularly dangerous if it is chipping or peeling. If a home has been cited for chipping paint and this paint is lead-based paint, it places young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. In certain circumstances you must employ lead-safe work practices to correct paint violations. If you would like more information on lead poisoning prevention and lead-safe work practices, contact Department of Housing & Community Development Light Program at 410-396-3023 or the Baltimore City Health Department Childhood Lead Poisoning Prevention Program at 443-984-2460 or the Green & Healthy Homes Initiative by e-mail at marylandprograms@ghhi.org or by telephone at 410-534-6447 or 1-800-370-5323.

## Property Registration

All non-owner occupied residential dwelling units and rooming units must be registered with the Commissioner of Department of Housing & Community Development. The Baltimore

CODE VIOLATION NOTICE AND ORDER
*By Authority of the Mayor and City Council of Baltimore*

BRANDON M. SCOTT
MAYOR

ALICE KENNEDY
COMMISSIONER


BALTIMORE CITY
DEPARTMENT OF HOUSING &
COMMUNITY DEVELOPMENT

Page 4 of 5

Notice Number: 813362A-1

8/4/2022

unit, "whether occupied or vacant, whether it is producing revenue or not producing revenue, whether habitable or not habitable" shall file a registration statement with the Housing Commissioner. This must be done upon any transfer of the property and by December 31st thereafter. Failure to register your property in the time and manner prescribed is a criminal misdemeanor subject to a fine of up to $500 per day. A violation may also be enforced by Court Order, civil penalty and environmental citation. More information on Property Registration is available online at https://dhcd.baltimorecity.gov. The Property Registration & Licensing Office is located at 417 E. Fayette Street, Room 100 and they are open Monday - Friday, 8:30 a.m. - 4:30 p.m.

For your reference:

| | |
|---|---|
| BFRCBC - | Building, Fire and Related Codes of Baltimore City |
| PMCBC - | Property Maintenance Code of Baltimore City |
| FCBC - | Fire Code of Baltimore City |
| NEC - | National Electric Code |
| Zoning - | Zoning Code of Baltimore City |
| ART. 13 - | Article 13 of the Baltimore City Code |
| Ann. Code - | Annotated Code of Maryland |
| ORD - | Ordinance |
| BCPC - | Baltimore City Plumbing Code |
| HE - | Health Article |
| IMC - | Mechanical Code of Baltimore City |

Go to http://www.baltimorecity.gov/Government/CityCharterCodes.aspx to view many of these codes.

CODE VIOLATION NOTICE AND ORDER
*By Authority of the Mayor and City Council of Baltimore*

BRANDON M. SCOTT
MAYOR

ALICE KENNEDY
COMMISSIONER

BALTIMORE CITY
**DEPARTMENT OF HOUSING &
COMMUNITY DEVELOPMENT**

Page 5 of 5

Notice Number: 813362A-1

8/4/2022

**For More Information:**

For your convenience **Department of Housing & Community Development** provides information on outstanding violation notices, permits, housing court dockets and housing court orders.  To access this information simply visit **dhcd.Baltimorehousing.org** and select Code Enforcement from the dropdown menu.

If you need more information regarding this notice or how to comply please telephone the inspector

_____          _____
Signature of recipient if hand delivered                     Date

_____
Print Name



**BALTIMORE CITY**
**DEPARTMENT OF HOUSING &**
**COMMUNITY DEVELOPMENT**

## ENVIRONMENTAL CITATION(S) AND ORDER

MAYOR AND CITY COUNCIL OF BALTIMORE, PETITIONER VS.:

**Location of Violation:**
Address:
Block:        Lot:

### FINE(S) DUE DATE

Respondent must pay the fine(s) as stated above by **Due Date of:**  or request a hearing by following instructions on this citation, or be subject to a default penalty which triples the fine amount.

### ABATEMENT ORDER

Ongoing violation must be corrected by **Abatement Date** to avoid additional citations and enforcement actions authorized by law.

I solemnly affirm under penalty of perjury that the contents of this citation are true to the best of my knowledge, information and belief.

Officer: **, ID#: , DHCD Inspector**

### WARNING

Respondent will be held in default if the Respondent: (1) neither pays the fine on or before the Due Date, nor requests a hearing pursuant to the instructions on this citation; or (2) having requested a hearing, fails to appear on the Date of Appearance.  Default penalties will be assessed at 50% of the fine, added every 30 days, until it is double the fine or $1000.  Whichever is lesser.

The default will be considered an admission of liability and the Respondent will be subject to the maximum penalties by law, including, but not limited to a $1,000 civil fine.

### NOTICE TO RESPONDENT

1.  Repeat Offenders-Fines will be doubled if within 12 months of this Citation, the
    Respondent was imposed a penalty, or prepaid a Citation, for violation of the same



**BALTIMORE CITY**
**DEPARTMENT OF HOUSING &**
**COMMUNITY DEVELOPMENT**

## ENVIRONMENTAL CITATION(S) AND ORDER

3. The issuance of this Citation does not preclude pursuit of any other remedy or enforcement action authorized by law, including additional citations.

### INSTRUCTIONS FOR PAYMENT OF FINES

1. Payment must be received on or before the Due Date indicated on this Citation. Acceptable methods of payment include cash, certified checks, cashier's check, personal checks, or money orders payable to **"Director of Finance"**. Clearly print each Citation number on your check or money order. The City also provides VitaCheck payment system, which utilizes American Express and VISA/Master/Discover Credit Cards for in office payments. There is a VitaCheck fee for this service, in addition to any credit card cash advance fee. VitaCheck payments can be made online at, http://cityservices.baltimorecity.gov/ecb/.
2. Mail or hand-deliver checks & money orders, or hand-deliver cash, to either address listed on the **"Return Form"**.
3. **Always include "Return Form" with payment.**
4. CASHIER HOURS for the Collection Division and the Environmental Control Board are Monday through Friday, 8:30 a.m. to 3:30 p.m.
5. It has been our experience that viewing photographs of the cited offenses assist individuals in understanding why the citation was issued.   To view images of the items cited on this citation visit http://dhcd.baltimorehousing.org/code_enforcement.
6. After reviewing the photos if you believe an error occurred in issuing this citation please email DHCD at, HousingCitations@baltimorecity.gov or call 410-396-4170.

Every effort is made to have photos available within 48 hours of the issuance of the citation; unfortunately this is not always possible. If the photos are not available at this time please revisit the site in a day or two. Not all violations result in photographs being taken. Photos are stored for approximately 120 days from the date of issuance. Individuals receiving a citation must pay the fines or request a hearing by the appropriate due date as instructed on this citation. The content on our website, images or lack of images do not in anyway waive an individual's responsibility to comply with a citation.



**BALTIMORE CITY**
**DEPARTMENT OF HOUSING &**
**COMMUNITY DEVELOPMENT**

# ENVIRONMENTAL CITATION(S) AND
# ORDER



**BALTIMORE CITY**
**DEPARTMENT OF HOUSING &**
**COMMUNITY DEVELOPMENT**

> # ENVIRONMENTAL CITATION(S) AND ORDER

MAYOR AND CITY COUNCIL OF BALTIMORE, PETITIONER VS.:

**Location of Violation:**
Address:
Block:      Lot:

## FINE(S) DUE DATE

Respondent must pay the fine(s) as stated above by **Due Date of:**  or request a hearing by following instructions on this citation, or be subject to a default penalty which triples the fine amount.

## ABATEMENT ORDER

Ongoing violation must be corrected by **Abatement Date** to avoid additional citations and enforcement actions authorized by law.

I solemnly affirm under penalty of perjury that the contents of this citation are true to the best of my knowledge, information and belief.
    Officer: , ID#: , DHCD Inspector

## WARNING

Respondent will be held in default if the Respondent: (1) neither pays the fine on or before the Due Date, nor requests a hearing pursuant to the instructions on this citation; or (2) having requested a hearing, fails to appear on the Date of Appearance.  Default penalties will be assessed at 50% of the fine, added every 30 days, until it is double the fine or $1000.  Whichever is lesser.

The default will be considered an admission of liability and the Respondent will be subject to the maximum penalties by law, including, but not limited to a $1,000 civil fine.

## NOTICE TO RESPONDENT

1.  Repeat Offenders-Fines will be doubled if within 12 months of this Citation, the Respondent was imposed a penalty, or prepaid a Citation, for violation of the same



**BALTIMORE CITY**
**DEPARTMENT OF HOUSING &**
**COMMUNITY DEVELOPMENT**

## ENVIRONMENTAL CITATION(S) AND ORDER

3. The issuance of this Citation does not preclude pursuit of any other remedy or enforcement action authorized by law, including additional citations.

### INSTRUCTIONS FOR PAYMENT OF FINES

1. Payment must be received on or before the Due Date indicated on this Citation. Acceptable methods of payment include cash, certified checks, cashier's check, personal checks, or money orders payable to "**Director of Finance**". Clearly print each Citation number on your check or money order. The City also provides VitaCheck payment system, which utilizes American Express and VISA/Master/Discover Credit Cards for in office payments. There is a VitaCheck fee for this service, in addition to any credit card cash advance fee. VitaCheck payments can be made online at, http://cityservices.baltimorecity.gov/ecb/.

2. Mail or hand-deliver checks & money orders, or hand-deliver cash, to either address listed on the "**Return Form**".

3. **Always include "Return Form" with payment.**

4. CASHIER HOURS for the Collection Division and the Environmental Control Board are Monday through Friday, 8:30 a.m. to 3:30 p.m.

5. It has been our experience that viewing photographs of the cited offenses assist individuals in understanding why the citation was issued.   To view images of the items cited on this citation visit http://dhcd.baltimorehousing.org/code_enforcement.

6. After reviewing the photos if you believe an error occurred in issuing this citation please email DHCD at, HousingCitations@baltimorecity.gov or call 410-396-4170.

Every effort is made to have photos available within 48 hours of the issuance of the citation; unfortunately this is not always possible.  If the photos are not available at this time please revisit the site in a day or two.  Not all violations result in photographs being taken.  Photos are stored for approximately 120 days from the date of issuance. Individuals receiving a citation must pay the fines or request a hearing by the appropriate due date as instructed on this citation.  The content on our website, images or lack of images do not in anyway waive an individual's responsibility to comply with a citation.



**BALTIMORE CITY**
**DEPARTMENT OF HOUSING &**
**COMMUNITY DEVELOPMENT**

## ENVIRONMENTAL CITATION(S) AND ORDER



BALTIMORE CITY
DEPARTMENT OF HOUSING &
COMMUNITY DEVELOPMENT

## ENVIRONMENTAL CITATION(S) AND ORDER

MAYOR AND CITY COUNCIL OF BALTIMORE, PETITIONER VS.:

**Location of Violation:**

Address:

Block:      Lot:

### FINE(S) DUE DATE

Respondent must pay the fine(s) as stated above by **Due Date of:** or request a hearing by following instructions on this citation, or be subject to a default penalty which triples the fine amount.

### ABATEMENT ORDER

Ongoing violation must be corrected by **Abatement Date** to avoid additional citations and enforcement actions authorized by law.

I solemnly affirm under penalty of perjury that the contents of this citation are true to the best of my knowledge, information and belief.

Officer: , ID#: , DHCD Inspector

### WARNING

Respondent will be held in default if the Respondent: (1) neither pays the fine on or before the Due Date, nor requests a hearing pursuant to the instructions on this citation; or (2) having requested a hearing, fails to appear on the Date of Appearance. Default penalties will be assessed at 50% of the fine, added every 30 days, until it is double the fine or $1000. Whichever is lesser.

The default will be considered an admission of liability and the Respondent will be subject to the maximum penalties by law, including, but not limited to a $1,000 civil fine.

### NOTICE TO RESPONDENT

1. Repeat Offenders-Fines will be doubled if within 12 months of this Citation, the Respondent was imposed a penalty, or prepaid a Citation, for violation of the same



**BALTIMORE CITY**
**DEPARTMENT OF HOUSING &**
**COMMUNITY DEVELOPMENT**

> # ENVIRONMENTAL CITATION(S) AND ORDER

3. The issuance of this Citation does not preclude pursuit of any other remedy or enforcement action authorized by law, including additional citations.

## INSTRUCTIONS FOR PAYMENT OF FINES

1. Payment must be received on or before the Due Date indicated on this Citation. Acceptable methods of payment include cash, certified checks, cashier's check, personal checks, or money orders payable to "**Director of Finance**". Clearly print each Citation number on your check or money order. The City also provides VitaCheck payment system, which utilizes American Express and VISA/Master/Discover Credit Cards for in office payments. There is a VitaCheck fee for this service, in addition to any credit card cash advance fee. VitaCheck payments can be made online at, http://cityservices.baltimorecity.gov/ecb/.
2. Mail or hand-deliver checks & money orders, or hand-deliver cash, to either address listed on the "**Return Form**".
3. **Always include "Return Form" with payment.**
4. CASHIER HOURS for the Collection Division and the Environmental Control Board are Monday through Friday, 8:30 a.m. to 3:30 p.m.
5. It has been our experience that viewing photographs of the cited offenses assist individuals in understanding why the citation was issued.   To view images of the items cited on this citation visit http://dhcd.baltimorehousing.org/code_enforcement.
6. After reviewing the photos if you believe an error occurred in issuing this citation please email DHCD at, HousingCitations@baltimorecity.gov or call 410-396-4170.

Every effort is made to have photos available within 48 hours of the issuance of the citation; unfortunately this is not always possible.  If the photos are not available at this time please revisit the site in a day or two.  Not all violations result in photographs being taken.  Photos are stored for approximately 120 days from the date of issuance. Individuals receiving a citation must pay the fines or request a hearing by the appropriate due date as instructed on this citation.  The content on our website, images or lack of images do not in anyway waive an individual's responsibility to comply with a citation.



**BALTIMORE CITY**
**DEPARTMENT OF HOUSING &**
**COMMUNITY DEVELOPMENT**

# ENVIRONMENTAL CITATION(S) AND ORDER

SOLIC

**CERTIFICATE NUMBER**
0879883

MAYOR AND CITY COUNCIL OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
LIEN SECTION
200 HOLLIDAY STREET
BALTIMORE, MARYLAND 21202

This certificate is VOID 45 days
from issue date or July 1st,
whichever is sooner.

Issue Date - Void After
05/16/22    06/30/22

Application has been made for a search of the City tax lien record for State and Municipal taxes, charges and assessments existing against the assessed property. This document is to certify that a search has been made by this office and the status o taxes, charges and assessments is enumerated below. All amounts reflected are inclusive of interest and penalty as of the issue date of this certificate.    W/S/B/L - 08-26-4178A-016 -(7)

**Address:** 3130 RAVENWOOD AVE
REAL PROPERTY

| | | | | |
|---|---|---|---|---|
| 21/22 | AMT PD | .00 AMT DUE | 300.16 | OPEN |
| 20/21 | AMT PD | .00 AMT DUE | 372.43 | OPEN |
| 19/20 | AMT PD | .00 AMT DUE | 509.98 | OPEN |
| 18/19 | AMT PD | .00 AMT DUE | 570.36 | OPEN |
| 17/18 | AMT PD | .00 AMT DUE | 642.24 | OPEN |
| 16/17 | AMT PD | .00 AMT DUE | 4,506.49 | OPEN |
| 15/16 | AMT PD | .00 AMT DUE | 4,633.51 | OPEN |
| 14/15 | AMT PD | .00 AMT DUE | 4,985.59 | OPEN |
| 13/14 | AMT PD | .00 AMT DUE | 4,571.50 | OPEN |
| 12/13 | AMT PD | .00 AMT DUE | 4,983.93 | OPEN |

..................................................
..................................................

CALL 410-396-3987 TO OBTAIN AMOUNT DUE FROM TAX SALE AS THE DEED CANNOT BE

RECORDED UNTIL CLEARANCE IS OBTAINED. AUTHORIZED SIGNATURE: _____

MISCELLANEOUS BILLS

| | | | | |
|---|---|---|---|---|
| # 6764435 | $ | 394.99 | W U14226 | P |
| # 6765697 | $ | 229.47 | W U14239 | P |
| # 6921308 | $ | 344.17 | W U15116 | P |
| # 6928634 | $ | 349.37 | W U15188 | P |
| # 6952659 | $ | 338.37 | W U15435 | P |
| # 7033483 | $ | 272.80 | W U16271 | P |
| # 7140833 | $ | 263.20 | W U17366 | P |
| # 7586159 | $ | 232.00 | W U19996 | P |
| # 7914013 | $ | 246.70 | W U22602 | P |
| # 7923584 | $ | 267.81 | W U22699 | P |

19 ADDITIONAL OPEN MISCELLANEOUS BILLS

METERED WATER
ACCT # 11000284736 AS OF DATE 05/13/22 AMT. $    285.19

VIOLATIONS
#0813362 T:H

SEE CONDEMNATION LETTER 06/12/2019

Important note as to Bankruptcy and or Tax Sale redemption figures. Only written payoff figures will be honored. Figures quot over the phone are not binding. If you need an official payoff for either pre petition Bankruptcy or Tax Sale you must fax a copy of the Lien Certificate to the Delinquent Accounts Section at 410-837-8994 and provide a fax number or e-mail addres for a response.

All of which is hereby affirmed and approved.

_____
Lien Section Supervisor

This Lien Certificate is issued pursuant to Article VII, Section 13, of the Baltimore City Charter (2010). This certificate includes liens of record as of the issue date only. New liens imposed after the date of issuance are due and owing. Homestead Credits may be recaptured if the property owner is found to be ineligible. This certificate includes only interest and penalties to the

```
        CITY OF BALTIMORE - TAX SALE WORK RECORD    INQUIRY    DATE 05/14/22
P-SEQ#: 00000      C/S #         OCC FLAG N      WSBL 08 260 4178A 016
P-ADDR: 3130 RAVENWOOD AVE
CERT NO: 374510 SALE DT 102721 PAGE NO 01226 SUB-REP - P-PAY - JUDGEMENT - VH Y
PART PAY 000000000 GRNT - OVERPAYMENT 000000000 LOT SIZE 13x79
SOLD TO: MAYOR AND CITY COUNCIL OF BALTIMORE
S/T ADR: 100 HOLLIDAY ST                    BALTIMORE              MD 21202
S/T BID: 0001   PHO: (410)396-3981  FCV: 0000011000   HB SUR: 00000000
ASSESSED TO: JOSEPH BELL & WF           3130    RAVENWOOD AVE
SOLD FOR: R/P 2021/22 2020/21 2019/20  T/S 051517 2-R/P 11-M/B
-------------------------------------------------------------------------
REMARKS: ----------------------------------------------------------------
ASSIGNED TO: ----------------------- --------------------- DATE 000000
LIENS 000000000 INT 00000000 COURT COST 0000000 CURR REAL 0000000 TOT 000000000
LIENS DUE 003424805  INT/PEN 0000000  BAD CHECK 00000   ADVERTISING   000000
  AUC FEE 000000000 ATTY FEE 000000  NOTICE CHG 000000    OTHER-CC 0000000
      BID 000003424705 TOTAL LIENS 003424805 BALANCE 00000000000 REF NO. 000000
REDEMPTION: ------------------------ ---------------------- DATE 000000
LIENS 000000000 INT 000000  COURT COST 000000 OTH-MISC 0000000 TOTAL 000000000
CHECK DELIVERED 000000 TO ------------------------ --------------------------
 DEED DELIVERED 000000 TO ----------------------------------------- FEE
FORECL 000000 BY ------------------------
 1- NEXT  9-MENU  S-STATEMENT C-CONS REC   NEXT BLOCK:     LOT:     YEAR:
                                                                    24/056
MA    A
```

```
        CITY OF BALTIMORE - TAX SALE WORK RECORD      INQUIRY      DATE 05/14/22
P-SEQ#: 21292        C/S #          OCC FLAG        WSBL 08 260 4178A 016
P-ADDR: 3130 RAVENWOOD AVE
CERT NO: 267699 SALE D1 052112 PAGE NO 08490 SUB-REP - P-PAY - JUDGEMENT - VH -
PART PAY 000000000 GRNI -  OVERPAYMENT 000000000 LOT SIZE 13x79
SOLD TO: US BANK CUSTODIAN FOR LLF1-MD
S/T ADR: 50 S 16TH ST STE 1950          PHILADELPHIA          PA 19102
S/T BID: 0059    PHO: (719)355-3582  FCV: 0000080200   HB SUR: 00001269
ASSESSED TO: JOSEPH BELL & WF            3130     RAVENWOOD AVE
SOLD FOR: R/P 2011/12  M/W FWY M/B
           -------------------------------------------------------------
REMARKS: -------------------------------------------------------------
ASSIGNED TO: US BANK CUSTODIAN FOR TLC F-2012A, LLC           DATE 000000
LIENS 000000000 INT 00000000 COURT COST 0000000 CURR REAL 0000000 TOT 000000000
LIENS DUE 000257758  INT/PEN 0000000  BAD CHECK 00000   ADVERTISING  000126
  AUC FEE 000001000 ATTY FEE 003000  NOTICE CHG 001000    OTHER-CC 0000000
    BID 000003842993 TOTAL LIENS 000262884 BALANCE 00003580109 REF NO. 000000
REDEMPTION: ----------------------------------------------------- DATE 000000
LIENS 000000000 INT 000000  COURT COST 000000 OTH-MISC 0000000 TOTAL 000000000
CHECK DELIVERED 000000 TO ------------------------  ------------------------
 DEED DELIVERED 000000 TO ------------------------  ------------------------
FORECL 000000 BY STEFAN ADES           ------------------------- FEE

1- NEXT   9-MENU   S-STATEMENT  C-CONS REC    NEXT BLOCK:      LOT:      YEAR:

MA    A                                                           24/056
```



## MAYOR AND CITY COUNCIL - BALTIMORE
## REAL PROPERTY TAX LEVY
### JULY 1, 2021 TO JUNE 30, 2022

BUREAU OF TREASURY MANAGE?
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING          410-396-
IVR REFERENCE  214 178 0 10
STATE DEPARTMENT OF ASSESSMENTS    410-767-
STATE HOMEOWNER CREDIT    410-767-

220514    DUPLICA

PROPERTY IDENTIFIER
WD  SECTION BLOCK  LOT
08    260   4178A  016

LOT DIMENSIONS
13X79
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD  $2.233  DIFFERENCE  .C

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND              3,0
IMPROVEMENT       8,0
TOTAL            11,0

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 11,000 | $ .1120 | 12.32 |
| CITY TAX | 11,000 | $2.2480 | 247.28 |
| TOTAL TAX | | | 259.60 |

### SEMIANNUAL PAYMENT SCHEDULE
#### 1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMC |

#### 2ND INSTALLMENT

| IF PAID BY | SERV. CHG&I/P | PAY THIS AMC |

SERVICE FEE RATE FOR SEMIANNUAL IS:         FEE:

### ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISC/INT & PEN | PAY THIS AMC |
|---|---|---|
| FLAT CHG | | 259.6 |
| 05/31/22 | 40.56 | 300.1 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

JULY 1, 2021 TO JUNE 30, 2022
PROPERTY IDENTIFIER
WD  SECTION  BLOCK  LOT
08    260   4178A  016

3130 RAVENWOOD AVE

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL - BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIMO

220514    DUPLICA

| SEMIANNUAL PAYMENT | ANNUAL PAYM |
|---|---|
| | 300. |

| AMOUNT PAID |
|---|
| |

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



# MAYOR AND CITY COUNCIL – BALTIMORE
## REAL PROPERTY TAX LEVY
### JULY 1, 2020 TO JUNE 30, 2021

BUREAU OF TREASURY MANAGE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING          410-396-
IVR REFERENCE  204 178O1O
STATE DEPARTMENT OF ASSESSMENTS   410-767-
STATE HOMEOWNER CREDIT   410-767-

220514      DUPLICA

PROPERTY IDENTIFIER
WD  SECTION BLOCK  LOT
08    260    4178A O16

LOT DIMENSIONS
13X79
NOT A PRINCIPAL RESIDENCE
CONSTANT YIELD  $2.183  DIFFERENCE  .0

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND          3,0
IMPROVEMENT     8,0
TOTAL         11,0

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 11,000 | $ .1120 | 12.32 |
| CITY TAX | 11,000 | $2.2480 | 247.28 |
| TOTAL TAX | | | 259.60 |
| TAX SALE CHARGE | | | 11.43 |
| NET TAX AMOUNT | | | 271.03 |

### SEMIANNUAL PAYMENT SCHEDULE
#### 1ST INSTALLMENT
IF PAID BY     DISC/INT & PEN     PAY THIS AMO

#### 2ND INSTALLMENT
IF PAID BY     SERV. CHG&I/P     PAY THIS AMO

SERVICE FEE RATE FOR SEMIANNUAL IS:      FEE:

### ANNUAL PAYMENT SCHEDULE
IF PAID BY     DISC/INT & PEN     PAY THIS AMO

FLAT CHG                                271.C
05/31/22          101.40               372.4

- - - - - - - - - - - - - - - - - - - - - - - - - -

JULY 1, 2020 TO JUNE 30, 2021
PROPERTY IDENTIFIER
WD  SECTION BLOCK  LOT
08    260    4178A O16

3130 RAVENWOOD AVE

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL – BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIMO

220514      DUPLICAT

| SEMIANNUAL PAYMENT | ANNUAL PAYM |
|---|---|
| | 372.4 |

AMOUNT PAID

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



**MAYOR AND CITY COUNCIL – BALTIMORE**
# REAL PROPERTY TAX LEVY
JULY 1, 2019 TO JUNE 30, 2020

BUREAU OF TREASURY MANAGE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING          410-396
IVR REFERENCE   194178010
STATE DEPARTMENT OF ASSESSMENTS   410-767
STATE HOMEOWNER CREDIT           410-767

220514          DUPLICA

PROPERTY IDENTIFIER
WD  SECTION BLOCK   LOT
08    260   4178A O16

LOT DIMENSIONS
13X79
NOT A PRINCIPAL RESIDENCE
CONSTANT YIELD $2.242  DIFFERENCE  .0

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND              3,0
IMPROVEMENT      10,0
TOTAL            13,0

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 13,000 | $ .1120 | 14.56 |
| CITY TAX | 13,000 | $2.2480 | 292.24 |
| TOTAL TAX | | | 306.80 |
| TAX SALE CHARGE | | | 11.50 |
| NET TAX AMOUNT | | | 318.30 |

SEMIANNUAL PAYMENT SCHEDULE
1ST INSTALLMENT
IF PAID BY   DISC/INT & PEN   PAY THIS AMO

2ND INSTALLMENT
IF PAID BY   SERV. CHG&1/P   PAY THIS AMO

SERVICE FEE RATE FOR SEMIANNUAL IS:        FEE:

ANNUAL PAYMENT SCHEDULE
IF PAID BY   DISC/INT & PEN   PAY THIS AMO

| | | |
|---|---|---|
| FLAT CHG | | 318.3 |
| 05/31/22 | 191.68 | 509.9 |

---

JULY 1, 2019 TO JUNE 30, 2020
PROPERTY IDENTIFIER
WD  SECTION BLOCK   LOT
08    260   4178A O16

3130 RAVENWOOD AVE

RETURN, THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL – BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE – BALTIMO

220514      DUPLICA

| SEMIANNUAL PAYMENT | ANNUAL PAYM |
|---|---|
| | 509.9 |

| AMOUNT PAID |
|---|
| |

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



MAYOR AND CITY COUNCIL – BALTIMORE
# REAL PROPERTY TAX LEVY
JULY 1, 2018 TO JUNE 30, 2019

BUREAU OF TREASURY MANAGE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING        410-396-
IVR REFERENCE  184178O1O
STATE DEPARTMENT OF ASSESSMENTS    410-767-
STATE HOMEOWNER CREDIT             410-767-

220514        DUPLICA

PROPERTY IDENTIFIER
WD  SECTION BLOCK  LOT
O8   26O   4178A O16

LOT DIMENSIONS
13X79
NOT A PRINCIPAL RESIDENCE
CONSTANT YIELD  $2.234  DIFFERENCE  .C

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND              3,0(
IMPROVEMENT      10,0(
TOTAL            13,0(

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 13,000 | $ .1120 | 14.56 |
| CITY TAX | 13,000 | $2.2480 | 292.24 |
| TOTAL TAX | | | 306.80 |

SEMIANNUAL PAYMENT SCHEDULE
1ST INSTALLMENT
IF PAID BY    DISC/INT & PEN    PAY THIS AMC

2ND INSTALLMENT
IF PAID BY    SERV. CHG&I/P    PAY THIS AMC

SERVICE FEE RATE FOR SEMIANNUAL IS:        FEE:

ANNUAL PAYMENT SCHEDULE
IF PAID BY    DISC/INT & PEN    PAY THIS AMC

FLAT CHG                    306.8
05/31/22      263.56        570.3

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JULY 1, 2018 TO JUNE 30, 2019
PROPERTY IDENTIFIER
WD  SECTION  BLOCK  LOT
O8   26O   4178A O16

3130 RAVENWOOD AVE

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL – BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE – BALTIMO

220514        DUPLICA

| SEMIANNUAL PAYMENT | ANNUAL PAYM |
|---|---|
| | 570.3 |

| AMOUNT PAID |
|---|
| |

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



## MAYOR AND CITY COUNCIL – BALTIMORE
# REAL PROPERTY TAX LEVY
### JULY 1, 2017 TO JUNE 30, 2018

BUREAU OF TREASURY MANAGE!
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING                    410-396
IVR REFERENCE    174 178O 10
                              410-767
STATE DEPARTMENT OF ASSESSMENTS    410-767
STATE HOMEOWNER CREDIT

220514      DUPLICA

PROPERTY IDENTIFIER
WD   SECTION BLOCK   LOT
08    260   4178A O16

LOT DIMENSIONS
13X79
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD  $2.231   DIFFERENCE  .(

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA

LAND                    3,0
IMPROVEMENT    10,0
TOTAL                  13,0

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 13,000 | $ .1120 | 14.56 |
| CITY TAX | 13,000 | $2.2480 | 292.24 |
| TOTAL TAX | | | 306.80 |

SEMIANNUAL PAYMENT SCHEDULE
1ST INSTALLMENT
IF PAID BY    DISC/INT & PEN    PAY THIS AMC

2ND INSTALLMENT
IF PAID BY    SERV. CHG&I/P    PAY THIS AMC

SERVICE FEE RATE FOR SEMIANNUAL IS:        FEE:

| | ANNUAL PAYMENT SCHEDULE | |
|---|---|---|
| IF PAID BY | DISC/INT & PEN | PAY THIS AMC |
| | | 306.8 |
| FLAT CHG | | |
| 05/31/22 | 335.44 | 642.: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JULY 1, 2017 TO JUNE 30, 2018
PROPERTY IDENTIFIER
WD   SECTION  BLOCK  LOT
08    260   4178A O16

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL – BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE – BALTIM

220514    DUPLIC/

3130 RAVENWOOD AVE

| SEMIANNUAL PAYMENT | ANNUAL PAY |
|---|---|
| | 642. |

AMOUNT PAI!

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



**MAYOR AND CITY COUNCIL - BALTIMORE**
# REAL PROPERTY TAX LEVY
JULY 1, 2016 TO JUNE 30, 2017

BUREAU OF TREASURY MANAGE?
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING          410-396-
IVR REFERENCE  164178010
STATE DEPARTMENT OF ASSESSMENTS      410-767-
STATE HOMEOWNER CREDIT       410-767-

220514      DUPLICA

PROPERTY IDENTIFIER
WD  SECTION BLOCK  LOT
08    260   4178A  O16

LOT DIMENSIONS
13X79
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD  $2.189  DIFFERENCE  .(

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA

LAND                 25,0
IMPROVEMENT           56,1
TOTAL                81,1

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 81,100 | $ .1120 | 90.83 |
| CITY TAX | 81,100 | $2.2480 | 1,823.13 |
| TOTAL TAX | | | 1,913.96 |
| TAX SALE CHARGE | | | 51.37 |
| | | | -------------- |
| NET TAX AMOUNT | | | 1,965.33 |

SEMIANNUAL PAYMENT SCHEDULE
1ST INSTALLMENT
IF PAID BY   DISC/INT & PEN   PAY THIS AMC

2ND INSTALLMENT
IF PAID BY   SERV. CHG&I/P   PAY THIS AMC

SERVICE FEE RATE FOR SEMIANNUAL IS:       FEE:

ANNUAL PAYMENT SCHEDULE
IF PAID BY    DISC/INT & PEN    PAY THIS AMC

FLAT CHG                              1,965.?
05/31/22         2,541.16           4,506.(

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JULY 1, 2016 TO JUNE 30, 2017
PROPERTY IDENTIFIER
WD  SECTION BLOCK  LOT
08    260   4178A  O16

3130 RAVENWOOD AVE

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL - BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIM

220514      DUPLIC/

| SEMIANNUAL PAYMENT | ANNUAL PAYI |
|---|---|
| | 4,506. |

| AMOUNT PAID |
|---|
| |

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



## MAYOR AND CITY COUNCIL - BALTIMORE
# REAL PROPERTY TAX LEVY
### JULY 1, 2016 TO JUNE 30, 2017

BUREAU OF TREASURY MANAGE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING            410-396-
IVR REFERENCE   164178O1O
STATE DEPARTMENT OF ASSESSMENTS      410-767-
STATE HOMEOWNER CREDIT    410-767-

220514      DUPLICA

PROPERTY IDENTIFIER
WD  SECTION BLOCK   LOT
O8    26O   4178A  O16

LOT DIMENSIONS.
13X79
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD  $2.189   DIFFERENCE   .C

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND                25,0
IMPROVEMENT     56, 1
TOTAL               81, 1

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 81,100 | $ .1120 | 90.83 |
| CITY TAX | 81,100 | $2.2480 | 1,823.13 |
| TOTAL TAX | | | 1,913.96 |
| TAX SALE CHARGE | | | 51.37 |
| NET TAX AMOUNT | | | 1,965.33 |

SEMIANNUAL PAYMENT SCHEDULE
1ST INSTALLMENT
IF PAID BY   DISC/INT & PEN   PAY THIS AMC

2ND INSTALLMENT
IF PAID BY   SERV. CHG&I/P   PAY THIS AMC

SERVICE FEE RATE FOR SEMIANNUAL IS:        FEE:

ANNUAL PAYMENT SCHEDULE
| IF PAID BY | DISC/INT & PEN | PAY THIS AMO |
|---|---|---|
| FLAT CHG | | 1,965.3 |
| 05/31/22 | 2,541.16 | 4,506.4 |

---

JULY 1, 2016 TO JUNE 30, 2017
PROPERTY IDENTIFIER
WD  SECTION  BLOCK  LOT
O8    26O   4178A  O16

3130 RAVENWOOD AVE

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL - BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIMO

220514      DUPLICA

| SEMIANNUAL PAYMENT | ANNUAL PAYM |
|---|---|
| | 4,506.4 |

AMOUNT PAID

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE MD 21297-1535



**MAYOR AND CITY COUNCIL – BALTIMORE**
# REAL PROPERTY TAX LEVY
JULY 1, 2015 TO JUNE 30, 2016

BUREAU OF TREASURY MANAGE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING          410-396
IVR REFERENCE  154178O1O
STATE DEPARTMENT OF ASSESSMENTS          410-767
STATE HOMEOWNER CREDIT          410-767

220514     DUPLICA

PROPERTY IDENTIFIER
WD   SECTION BLOCK   LOT
O8    26O   4178A  O16

LOT DIMENSIONS

13X79
NOT A PRINCIPAL RESIDENCE

CONSTANT YIELD  $2.210  DIFFERENCE  .(

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND          25,O
IMPROVEMENT          56,1
TOTAL          81,1

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 80,800 | $ .1120 | 90.50 |
| CITY TAX | 80,800 | $2.2480 | 1,816.38 |
| TOTAL TAX | | | 1,906.88 |
| SPECIAL CREDIT | | | 101.54- |
| TAX SALE CHARGE | | | 11.37 |
| | | | -------------- |
| NET TAX AMOUNT | | | 1,816.71 |

SEMIANNUAL PAYMENT SCHEDULE
1ST INSTALLMENT
IF PAID BY    DISC/INT & PEN    PAY THIS AMC

2ND INSTALLMENT
IF PAID BY    SERV. CHG&I/P    PAY THIS AMC

SERVICE FEE RATE FOR SEMIANNUAL IS:          FEE:

ANNUAL PAYMENT SCHEDULE
IF PAID BY      DISC/INT & PEN      PAY THIS AMC

FLAT CHG          1,816.7
05/31/22          2,816.80          4,633.5

JULY 1, 2015 TO JUNE 30, 2016
PROPERTY IDENTIFIER
WD   SECTION BLOCK   LOT
O8    26O   4178A  O16

3130 RAVENWOOD AVE

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL – BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIM

220514     DUPLICA

| SEMIANNUAL PAYMENT | ANNUAL PAYM |
|---|---|
| | 4,633. |

AMOUNT PAID

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



# MAYOR AND CITY COUNCIL - BALTIMORE
# REAL PROPERTY TAX LEVY
## JULY 1, 2014 TO JUNE 30, 2015

BUREAU OF TREASURY MANAGE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING          410-396-
IVR REFERENCE  144 178010
STATE DEPARTMENT OF ASSESSMENTS   410-767-
STATE HOMEOWNER CREDIT   410-767-

220514      DUPLICA

PROPERTY IDENTIFIER
WD  SECTION BLOCK  LOT
08    260   4178A  016

LOT DIMENSIONS
13X79
PRINCIPAL RESIDENCE

CONSTANT YIELD  $2.203   DIFFERENCE  .0

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND              25,0
IMPROVEMENT       56, 1
TOTAL             81, 1

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 80,500 | $ .1120 | 90.16 |
| CITY TAX | 80,500 | $2.2480 | 1,809.64 |
| TOTAL TAX | | | 1,899.80 |
| SPECIAL CREDIT | | | 100.98- |
| TAX SALE CHARGE | | | 11.34 |
| SEMI-ANN SERVICE CHARGE | | | .69 |
| NET TAX AMOUNT | | | 1,810.85 |

## SEMIANNUAL PAYMENT SCHEDULE
### 1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMC |
|---|---|---|
| FLAT CHG | | 899.4 |
| 05/31/22 | 1,613.68 | 2,513.0 |

### 2ND INSTALLMENT

| IF PAID BY | SERV. CHG&I/P | PAY THIS AMC |
|---|---|---|
| 05/31/22 | 1,561.75 | 2,472.5 |

SERVICE FEE RATE FOR SEMIANNUAL IS: 0770%   FEE:   .6

## ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISC/INT & PEN | PAY THIS AMC |
|---|---|---|

---

JULY 1, 2014 TO JUNE 30, 2015
PROPERTY IDENTIFIER
WD  SECTION BLOCK  LOT
08    260   4178A  016

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL - BALTIMORE
## REAL PROPERTY TAX LEVY

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIMO

220514      DUPLICA

3130 RAVENWOOD AVE

| SEMIANNUAL PAYMENT | ANNUAL PAYM |
|---|---|
| 4,985.59 | |

| AMOUNT PAID |
|---|

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



**MAYOR AND CITY COUNCIL – BALTIMORE**
# REAL PROPERTY TAX LEVY
JULY 1, 2013 TO JUNE 30, 2014

BUREAU OF TREASURY MANAGE
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING          410-396-
IVR REFERENCE  134 178O1O
STATE DEPARTMENT OF ASSESSMENTS       410-767-
STATE HOMEOWNER CREDIT       410-767-

220514      DUPLICA

PROPERTY IDENTIFIER
WD  SECTION BLOCK   LOT
O8    260   4178A O16

LOT DIMENSIONS

13X79
PRINCIPAL RESIDENCE

CONSTANT YIELD  $2.275   DIFFERENCE   .C

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND             25,0(
IMPROVEMENT      55,2(
TOTAL            80,2(

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 80,200 | $ .1120 | 89.82 |
| CITY TAX | 80,200 | $2.2480 | 1,802.90 |
| TOTAL TAX | | | 1,892.72 |
| CITY HOMESTEAD CREDIT | | | 285.33- |
| SPECIAL CREDIT | | | 78.93- |
| SEMI-ANN SERVICE CHARGE | | | .84 |
| NET TAX AMOUNT | | | 1,529.30 |

**SEMIANNUAL PAYMENT SCHEDULE**
1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMO |
|---|---|---|
| FLAT CHG | | 764.2 |
| 05/31/22 | 1,543.36 | 2,307.5 |

2ND INSTALLMENT

| IF PAID BY | SERV. CHG&I/P | PAY THIS AMO |
|---|---|---|
| 05/31/22 | 1,499.68 | 2,263.9 |

SERVICE FEE RATE FOR SEMIANNUAL IS: 1100%   FEE:   .8

**ANNUAL PAYMENT SCHEDULE**

| IF PAID BY | DISC/INT & PEN | PAY THIS AMO |
|---|---|---|

---

JULY 1, 2013 TO JUNE 30, 2014
PROPERTY IDENTIFIER
WD  SECTION  BLOCK  LOT
O8    260    4178A O16

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL – BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIMC

220514      DUPLICA

3130 RAVENWOOD AVE

| SEMIANNUAL PAYMENT | ANNUAL PAYM |
|---|---|
| 4,571.50 | |

| AMOUNT PAID |
|---|

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535



## MAYOR AND CITY COUNCIL - BALTIMORE
# REAL PROPERTY TAX LEVY
JULY 1, 2012 TO JUNE 30, 2013

BUREAU OF TREASURY MANAGE!
COLLECTION DIVISION
200 HOLLIDAY STREET
BALTIMORE, MD 21202

TELEPHONE INQUIRIES:
BILLING          410-396
IVR REFERENCE  124 178O1O
STATE DEPARTMENT OF ASSESSMENTS        410-767
STATE HOMEOWNER CREDIT        410-767

220514        DUPLICA

PROPERTY IDENTIFIER
WD  SECTION BLOCK   LOT
O8    26O   4178A  O16

LOT DIMENSIONS
13X79
PRINCIPAL RESIDENCE

CONSTANT YIELD  $2.317  DIFFERENCE  .(

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

CURRENT YEAR TAXABLE
ASSESSMENT DATA
LAND              25,O
IMPROVEMENT       55,2
TOTAL             80,2

**ASSESSED PROPERTY:**
3130 RAVENWOOD AVE

| TAX DESCRIPTION | ASSESSMENT | RATE | TAX |
|---|---|---|---|
| STATE TAX | 80,200 | $ .1120 | 89.82 |
| CITY TAX | 80,200 | $2.2680 | 1,818.94 |
| TOTAL TAX | | | 1,908.76 |
| CITY HOMESTEAD CREDIT | | | 346.75- |
| SPECIAL CREDIT | | | 16.56- |
| SEMI-ANN SERVICE CHARGE | | | 1.18 |
| NET TAX AMOUNT | | | 1,546.63 |

### SEMIANNUAL PAYMENT SCHEDULE
#### 1ST INSTALLMENT

| IF PAID BY | DISC/INT & PEN | PAY THIS AMO |
|---|---|---|
| FLAT CHG | | 772.7 |
| 05/31/22 | 1,741.16 | 2,513.8 |

#### 2ND INSTALLMENT

| IF PAID BY | SERV. CHG&I/P | PAY THIS AMO |
|---|---|---|
| 05/31/22 | 1,697.31 | 2,470.0 |

SERVICE FEE RATE FOR SEMIANNUAL IS: 152O%   FEE:  1.

### ANNUAL PAYMENT SCHEDULE

| IF PAID BY | DISC/INT & PEN | PAY THIS AMO |
|---|---|---|

---

JULY 1, 2012 TO JUNE 30, 2013
PROPERTY IDENTIFIER
WD  SECTION  BLOCK   LOT
O8    26O    4178A  O16

3130 RAVENWOOD AVE

RETURN THIS PART WITH YOUR PAYMENT
MAYOR AND CITY COUNCIL - BALTIMORE
**REAL PROPERTY TAX LEVY**

MAKE CHECK PAYABLE TO
DIRECTOR OF FINANCE - BALTIM

220514        DUPLICA

| SEMIANNUAL PAYMENT | ANNUAL PAYM |
|---|---|
| 4,983.93 | |

| AMOUNT PAID |
|---|

PLEASE INDICATE AMOUNT BEING PAID

CITY OF BALTIMORE
PO BOX 17535
BALTIMORE, MD 21297-1535

```
05/14/22                    MISCELLANEOUS BILLING
                             MULTIPLE ACCOUNTS
                                         OPEN BILLS:
  KEY:   4178A016                        AMOUNT DUE:              9,11
                                                              WORK
  BILL NO              NAME              BALANCE    BILL DATE TYPE ORDER
   6764435    JOSEPH BELL  &  WF          391.77    10  01  12    P  U14226
   6765697    JOSEPH BELL  &  WF          227.60    10  09  12    P  U14239
   6921308    JOSEPH BELL  &  WF          341.27    02  11  13    P  U15116
   6928634    JOSEPH BELL  &  WF          346.40    02  25  13    P  U15188
   6952659    JOSEPH BELL  &  WF          335.47    04  15  13    P  U15435
   7033483    JOSEPH BELL  &  WF          270.40    07  22  13    P  U16271
   7140833    JOSEPH BELL  &  WF          260.80    11  12  13    P  U17366
   7586159    JOSEPH BELL  &  WF          229.60    12  15  14    P  U19996
   7914013    JOSEPH BELL  &  WF          243.75    12  28  15    P  U22602
   7923584    JOSEPH BELL  &  WF          264.61    01  11  16    P  U22699
   7957020    JOSEPH BELL  &  WF          276.81    03  14  16    P  U23032
   8062234    JOSEPH BELL  &  WF          299.41    08  01  16    P  U24131
   8124455    JOSEPH BELL  &  WF          223.06    10  17  16    P  U24758
   8169799    JOSEPH BELL  &  WF          363.25    11  28  16    P  U24997
   8186934    JOSEPH BELL  &  WF          395.77    12  27  16    P  U25169

                          PAGE 01 OF 02

   7-EXIT

MA     A
```

```
05/14/22                   MISCELLANEOUS BILLING
                            MULTIPLE ACCOUNTS

KEY:   4178A016
                                                                    WORK
  BILL NO              NAME            BALANCE     BILL DATE  TYPE  ORDER
  8318149    JOSEPH BELL & WF           434.02     07 31 17    P   U26432
  8392169    JOSEPH BELL & WF           536.68     10 30 17    P   U27159
  8430209    JOSEPH BELL & WF           347.07     11 21 17    P   U27322
  8507519    JOSEPH BELL & WF           335.47     03 12 18    P   U28063
  8546053    JOSEPH BELL & WF           329.67     05 07 18    P   U28446
  8598252    JOSEPH BELL & WF           326.77     07 02 18    P   U29209
  8706640    JOSEPH BELL & WF           207.58     12 03 18    P   U30147
  8773178    JOSEPH BELL & WF           365.21     03 11 19    P   U30813
  8878415    JOSEPH BELL & WF           186.35     10 07 19    P   U31853
  8882607    JOSEPH BELL & WF           627.42     10 07 19    P   U31894
  8951154    JOSEPH BELL & WF           261.10     12 09 19    P   U32348
  9025636    JOSEPH BELL & WF           252.82     03 23 20    P   U33071
  9093824    JOSEPH BELL & WF           256.87     09 08 20    P   U33776
  9294711    JOSEPH BELL & WF           181.60     07 06 21    P   U35553


                        PAGE 02 OF 02

  7-EXIT

MA    A
```

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202
HOURS: 8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY 410-396-3989
MAKE PAYABLE TO: DIRECTOR OF FINANCE, BALTIMORE CITY

## DUPLICATE BILL

BILL NO:        6764435

BLOCK/LOT:  4178A  O16

BILL DATE:  10/01/12

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:. U14226        DATE:  09/21/12 | |
| CLEAN WHERE NECESSARY. | 214.67 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-6286. | |
| TOTAL | 214.67 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE        BALANCE DUE | 391.77 |

MBPBLX REV. 2 – 01/13

---

## CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

BILL NO:    6764435

BLOCK/LOT:  4178A  O16

BILL DATE:  10/01/12

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

IF PAID BY

06/01/17        391.77

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY   410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

### DUPLICATE BILL

BILL NO:      6765697

BLOCK/LOT:  4178A  O16

BILL DATE:  10/09/12

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U14239      DATE:  10/03/12 | |
| BOARD WHERE NECESSARY. | 124.75 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
|   1.5% PER MONTH OR FRACTION THEREOF<br>WILL BE ADDED IF BILL IS NOT PAID<br>WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE<br>CALL 410-396-6286. | |
| TOTAL | 124.75 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS<br>AND PENALTIES INCURRED SINCE THE BILL DATE      BALANCE DUE | 227.60 |

MBPBLX REV. 2 - 01/13

---

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

BILL NO:      6765697

BLOCK/LOT:  4178A  O16

BILL DATE:  10/09/12

IF PAID BY

06/09/17        227.60

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

## DUPLICATE BILL

BILL NO:     6921308

BLOCK/LOT:  4178A  016

BILL DATE:  02/11/13

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U15116      DATE:  11/29/12 | |
| CLEAN WHERE NECESSARY. | 193.37 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 193.37 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE    BALANCE DUE | 341.27 |

MBPBLX  REV. 2 – 01/13

---

## CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

BILL NO:     6921308

BLOCK/LOT:  4178A  016

BILL DATE:  02/11/13

> PLEASE RETURN THIS PART WITH YOUR PAYMENT
> Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

IF PAID BY

06/11/17        341.27

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

BILL NO:      6928634

## DUPLICATE BILL

BLOCK/LOT:   4178A  016

BILL DATE:   02/25/13

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE         MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U15188      DATE:  02/21/13 | |
| CLEAN WHERE NECESSARY. | 197.90 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 197.90 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE       BALANCE DUE | 346.40 |

MBPBLX REV. 2 - 01/13

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

## MISCELLANEOUS BILL

IF PAID BY

BILL NO:      6928634

BLOCK/LOT:   4178A  016

BILL DATE:   02/25/13

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

05/25/17        346.40

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE         MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

### DUPLICATE BILL

BILL NO:      6952659

BLOCK/LOT:   4178A  016

BILL DATE:   04/15/13

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U15435      DATE:  01/10/13 | |
| CLEAN WHERE NECESSARY. | 193.37 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 193.37 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE          BALANCE DUE | 335.47 |

MBPBLX REV. 2 - 01/13

---

**CITY OF BALTIMORE**
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

BILL NO:     6952659

BLOCK/LOT:   4178A  016

BILL DATE:   04/15/13

IF PAID BY

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

06/15/17        335.47

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

## DUPLICATE BILL

BILL NO:      7033483

BLOCK/LOT:  4178A  016

BILL DATE:   07/22/13

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U16271     DATE:  07/15/13 | |
| CLEAN WHERE NECESSARY. | 160.00 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 160.00 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE     BALANCE DUE | 270.40 |

MBPBLX REV. 2 - 01/13

---

**CITY OF BALTIMORE**
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

**MISCELLANEOUS BILL**

IF PAID BY

BILL NO:      7033483

BLOCK/LOT:  4178A  016

BILL DATE:   07/22/13

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

06/22/17      270.40

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

## DUPLICATE BILL

|  |  |
|---|---|
| BILL NO: | 7140833 |
| BLOCK/LOT: | 4178A  O16 |
| BILL DATE: | 11/12/13 |

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U17366     DATE:  11/07/13 | |
| CLEAN WHERE NECESSARY. | 160.00 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 160.00 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE          BALANCE DUE | 260.80 |

MBPBLX REV. 2 – 01/13

---

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202

## MISCELLANEOUS BILL

BILL NO:    7140833

BLOCK/LOT:  4178A  O16

BILL DATE:  11/12/13

> PLEASE RETURN THIS PART WITH YOUR PAYMENT
> Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

IF PAID BY

06/12/17        260.80

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY - FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

| | |
|---|---|
| **DUPLICATE BILL** | BILL NO:    7140833 |
| | BLOCK/LOT:  4178A  016 |
| JOSEPH BELL & WF | BILL DATE:   11/12/13 |
| 3130 RAVENWOOD AVE | |
| BALTIMORE         MD 21213 | |

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U17366     DATE:  11/07/13 | |
| CLEAN WHERE NECESSARY. | 160.00 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 160.00 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE    BALANCE DUE | 260.80 |

MBPBLX REV. 2 - 01/13

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CITY OF BALTIMORE**
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

## MISCELLANEOUS BILL

| | | IF PAID BY |
|---|---|---|
| BILL NO:    7140833 | | |
| BLOCK/LOT:  4178A  016 | PLEASE RETURN THIS PART WITH YOUR PAYMENT | 06/12/17      260.80 |
| | Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services. | |
| BILL DATE:  11/12/13 | | |

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE         MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY

### DUPLICATE BILL

| | |
|---|---|
| BILL NO: | 7586159 |
| BLOCK/LOT: | 4178A  016 |
| BILL DATE: | 12/15/14 |

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U19996      DATE:  12/04/14 | |
| CLEAN WHERE NECESSARY. | 160.00 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 160.00 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE     BALANCE DUE | 229.60 |

MBPBLX REV. 2 - 01/13

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

| | | IF PAID BY | |
|---|---|---|---|
| BILL NO: | 7586159 | | |
| BLOCK/LOT: | 4178A  016 | 06/15/17 | 229.60 |
| BILL DATE: | 12/15/14 | | |

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

### DUPLICATE BILL

BILL NO:      7914013

BLOCK/LOT:  4178A  016

BILL DATE:   12/28/15

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U22602      DATE:  12/16/15 | |
| CLEAN WHERE NECESSARY. | 196.55 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 196.55 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE          BALANCE DUE | 243.75 |

MBPBLX. REV. 2 - 01/13

---

**CITY OF BALTIMORE**
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

BILL NO:      7914013

BLOCK/LOT:  4178A  016

BILL DATE:   12/28/15

> PLEASE RETURN THIS PART WITH YOUR PAYMENT
> Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

IF PAID BY

05/28/17        243.75

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY

## DUPLICATE BILL

BILL NO:        7923584

BLOCK/LOT:  4178A  O16

BILL DATE:  O1/11/16

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U22699     DATE:  O1/O4/16 | |
| CLEAN WHERE NECESSARY. | 213.41 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 213.41 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE    BALANCE DUE | 264.61 |

MBPBLX REV. 2 – O1/13

---

**CITY OF BALTIMORE**
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

## MISCELLANEOUS BILL

BILL NO:      7923584

BLOCK/LOT:  4178A  O16

BILL DATE:  O1/11/16

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

IF PAID BY

06/11/17          264.61

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202
HOURS: 8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY 410-396-3989
**MAKE PAYABLE TO: DIRECTOR OF FINANCE, BALTIMORE CITY**

| | |
|---|---|
| | BILL NO: 7957020 |
| **DUPLICATE BILL** | BLOCK/LOT: 4178A 016 |
| | BILL DATE: 03/14/16 |

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION: 3130 RAVENWOOD AVE | |
| WORK ORDER: U23032     DATE: 03/07/16 | |
| CLEAN WHERE NECESSARY. | 228.79 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
|   1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 228.79 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE     BALANCE DUE | 276.81 |

MBPBLX REV. 2 - 01/13

---

## CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202

### MISCELLANEOUS BILL

BILL NO:    7957020

BLOCK/LOT:  4178A 016

BILL DATE:  03/14/16

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

IF PAID BY

06/14/17        276.81

P. O. BOX 17535
BALTIMORE, MD 21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202
HOURS: 8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY   410-396-3989
**MAKE PAYABLE TO: DIRECTOR OF FINANCE, BALTIMORE CITY**

BILL NO:     8062234

### DUPLICATE BILL

BLOCK/LOT:   4178A   O16

BILL DATE :  08/01/16

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE       MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U24131      DATE:  07/22/16 | |
| CLEAN WHERE NECESSARY. | 263.77 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 263.77 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE    BALANCE DUE | 299.41 |

MBPBLX REV. 2 – 01/13

---

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

IF PAID BY

BILL NO:     8062234

BLOCK/LOT:   4178A   O16

BILL DATE:   08/01/16

| PLEASE RETURN THIS PART WITH YOUR PAYMENT |
|---|
| Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services. |

06/01/17        299.41

P. O. BOX 17535
Baltimore, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE       MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY

### DUPLICATE BILL

BILL NO:      8124455

BLOCK/LOT:  4178A  016

BILL DATE :  10/17/16

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U24758      DATE:  10/07/16 | |
| CLEAN WHERE NECESSARY. | 201.85 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
|    1.5% PER MONTH OR FRACTION THEREOF<br>   WILL BE ADDED IF BILL IS NOT PAID<br>   WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE<br>CALL 410-396-1023. | |
| TOTAL | 201.85 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS<br>AND PENALTIES INCURRED SINCE THE BILL DATE        BALANCE DUE | 223.06 |

MBPBLX  REV. 2 - 01/13

## CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

BILL NO:      8124455

BLOCK/LOT:  4178A  016

BILL DATE:  10/17/16

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

IF PAID BY

06/17/17        223.06

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

## DUPLICATE BILL

| | |
|---|---|
| BILL NO: | 8169799 |
| BLOCK/LOT: | 4178A  016 |
| BILL DATE: | 11/28/16 |

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE      MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U24997      DATE:  11/21/16 | |
| CLEAN WHERE NECESSARY. | 183.85 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 183.85 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE           BALANCE DUE | 363.25 |

MBPBLX REV. 2 – 01/13

---

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

**MISCELLANEOUS BILL**

| | | IF PAID BY | |
|---|---|---|---|
| BILL NO: | 8169799 | | |
| BLOCK/LOT: | 4178A  016 | 05/28/22 | 363.25 |
| BILL DATE: | 11/28/16 | | |

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE           MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

### DUPLICATE BILL

BILL NO:      8186934

BLOCK/LOT:  4178A  016

BILL DATE:  12/27/16

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U25169      DATE:  12/20/16 | |
| CLEAN WHERE NECESSARY. | 201.85 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 201.85 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE        BALANCE DUE | 395.77 |

MBPBLX. REV. 2 – 01/13

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

BILL NO:      8186934

BLOCK/LOT:   4178A  016

BILL DATE:   12/27/16

IF PAID BY

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

05/27/22        395.77

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

| | |
|---|---|
| | BILL NO: 8318149 |
| **DUPLICATE BILL** | BLOCK/LOT: 4178A O16 |
| | BILL DATE: 07/31/17 |

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U26432      DATE:  07/19/17 | |
| CLEAN WHERE NECESSARY. | 233.95 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 233.95 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE          BALANCE DUE | 434.02 |

MBPBLX REV. 2 – 01/13

---

## CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

BILL NO:    8318149

BLOCK/LOT:  4178A O16

BILL DATE:  07/31/17

| | IF PAID BY | |
|---|---|---|
| PLEASE RETURN THIS PART WITH YOUR PAYMENT<br>Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services. | 06/01/22 | 434.02 |

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

## DUPLICATE BILL

BILL NO:      8392169

BLOCK/LOT:  4178A  016

BILL DATE:  10/30/17

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U27159      DATE:  10/25/17 | |
| CLEAN WHERE NECESSARY. | 296.38 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 296.38 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE      BALANCE DUE | 536.68 |

M8PBLX REV. 2 - 01/13

---

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

## MISCELLANEOUS BILL

BILL NO:    8392169

BLOCK/LOT:  4178A  016

BILL DATE:  10/30/17

IF PAID BY

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

06/01/22        536.68

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

### DUPLICATE BILL

BILL NO:    8430209

BLOCK/LOT:   4178A  016

BILL DATE:   11/21/17

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U27322     DATE:  11/16/17 | |
| CLEAN WHERE NECESSARY. | 193.37 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 193.37 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE        BALANCE DUE | 347.07 |

MBPBLX REV. 2 - 01/13

---

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

IF PAID BY

BILL NO:    8430209

BLOCK/LOT:   4178A  016

BILL DATE:   11/21/17

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

05/21/22        347.07

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202
HOURS: 8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO: DIRECTOR OF FINANCE, BALTIMORE CITY**

## DUPLICATE BILL

| | |
|---|---|
| BILL NO: | 8507519 |
| BLOCK/LOT: | 4178A  O16 |
| BILL DATE: | 03/12/18 |

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION: 3130 RAVENWOOD AVE | |
| WORK ORDER: U28063    DATE: 03/06/18 | |
| CLEAN WHERE NECESSARY. | 193.37 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 193.37 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE     BALANCE DUE | 335.47 |

MBPBLX REV. 2 – 01/13

---

**CITY OF BALTIMORE**
**BUREAU OF REVENUE COLLECTIONS**
**200 N. HOLLIDAY ST. BALTIMORE, MD 21202**

### MISCELLANEOUS BILL

| | |
|---|---|
| BILL NO: | 8507519 |
| BLOCK/LOT: | 4178A  O16 |
| BILL DATE: | 03/12/18 |

IF PAID BY

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

05/12/22        335.47

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

## DUPLICATE BILL

BILL NO:      8546053

BLOCK/LOT:  4178A  O16

BILL DATE:  05/07/18

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U28446      DATE:  04/30/18 | |
| CLEAN WHERE NECESSARY. | 193.37 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 193.37 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE        BALANCE DUE | 329.67 |

MBPBLX  REV. 2 - 01/13

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

## MISCELLANEOUS BILL

IF PAID BY

BILL NO:      8546053

BLOCK/LOT:  4178A  O16

BILL DATE:  05/07/18

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

05/07/22        329.67

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

BILL NO:      8598252

## DUPLICATE BILL

BLOCK/LOT:  4178A  O16

BILL DATE:  O7/O2/18

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE       MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U29209      DATE:  O6/26/18 | |
| CLEAN WHERE NECESSARY. | 193.37 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 193.37 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE          BALANCE DUE | 326.77 |

MBPBLX REV. 2 – 01/13

---

**CITY OF BALTIMORE**
**BUREAU OF REVENUE COLLECTIONS**
**200 N. HOLLIDAY ST.  BALTIMORE, MD 21202**

## MISCELLANEOUS BILL

BILL NO:      8598252

BLOCK/LOT:  4178A  O16

BILL DATE:  O7/O2/18

IF PAID BY

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

O6/O2/22        326.77

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

### DUPLICATE BILL

BILL NO:       8706640

BLOCK/LOT:  4178A  016

BILL DATE:  12/03/18

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U30147     DATE:  11/26/18 | |
| BOARD WHERE NECESSARY. | 128.45 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 128.45 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE        BALANCE DUE | 207.58 |

MBPBLX REV. 2 – 01/13

**CITY OF BALTIMORE**
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

IF PAID BY

BILL NO:     8706640

BLOCK/LOT:  4178A  016

BILL DATE:  12/03/18

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

06/03/22        207.58

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

BILL NO:     8773178

BLOCK/LOT:  4178A  O16

## DUPLICATE BILL

BILL DATE:  03/11/19

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE      MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U30813      DATE:  03/06/19 | |
| CLEAN WHERE NECESSARY. | 234.97 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 234.97 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE      BALANCE DUE | 365.21 |

M8PBLX REV 2 – 01/13

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

## MISCELLANEOUS BILL

IF PAID BY

BILL NO:    8773178

BLOCK/LOT:  4178A  O16

BILL DATE:  03/11/19

05/11/22        365.21

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

### DUPLICATE BILL

BILL NO:      8878415

BLOCK/LOT:  4178A  016

BILL DATE:  10/07/19

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE      MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U31853      DATE:  09/26/19 | |
| BOARD WHERE NECESSARY. | 128.45 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 128.45 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE      BALANCE DUE | 186.35 |

MBPBLX REV. 2 – 01/13

---

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

BILL NO:    8878415

BLOCK/LOT:  4178A  016

BILL DATE:  10/07/19

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

IF PAID BY

05/07/22         186.35

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

## DUPLICATE BILL

BILL NO:        8882607

BLOCK/LOT :   4178A  016

BILL DATE :   10/07/19

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U31894      DATE:  10/01/19 | |
| CLEAN WHERE NECESSARY. | 432.72 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 432.72 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE          BALANCE DUE | 627.42 |

MBPBLX_REV. 2 – 01/13

---

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

IF PAID BY

BILL NO:     8882607

BLOCK/LOT :  4178A  016

BILL DATE :  10/07/19

```
PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.
```

05/07/22        627.42

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202
HOURS: 8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

BILL NO:      8951154

BLOCK/LOT :  4178A  O16

### DUPLICATE BILL

BILL DATE :  12/09/19

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE      MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U32348      DATE:  12/05/19 | |
| CLEAN WHERE NECESSARY. | 183.82 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 183.82 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE      BALANCE DUE | 261.10 |

M8PBLX REV. 2 – 01/13

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

IF PAID BY

BILL NO:   8951154

BLOCK/LOT:  4178A  O16

BILL DATE:  12/09/19

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

05/09/22        261.10

P. O. BOX 17535
Baltimore, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

## DUPLICATE BILL

BILL NO:       9025636

BLOCK/LOT :  4178A  016

BILL DATE :  03/23/20

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE       MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U33071       DATE:  03/18/20 | |
| CLEAN WHERE NECESSARY. | 183.82 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 183.82 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE          BALANCE DUE | 252.82 |

MBPBLX REV. 2 – 01/13

---

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

## MISCELLANEOUS BILL

BILL NO:       9025636

BLOCK/LOT :  4178A  016

BILL DATE :  03/23/20

IF PAID BY

05/23/22          252.82

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying this bill online via a personal checking account. Please visit baltimorecity.gov and click 'Online Payments' under Services.

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202
HOURS: 8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO: DIRECTOR OF FINANCE, BALTIMORE CITY**

BILL NO:      9093824

BLOCK/LOT : 4178A  O16

## DUPLICATE BILL

BILL DATE : 09/08/20

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE      MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U33776     DATE:  09/03/20 | |
| CLEAN WHERE NECESSARY. | 199.87 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
|   1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 199.87 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE     BALANCE DUE | 256.87 |

MBPBLX REV. 2 - 01/13

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST. BALTIMORE, MD 21202

## MISCELLANEOUS BILL

IF PAID BY

BILL NO:      9093824

BLOCK/LOT : 4178A  O16

BILL DATE : 09/08/20

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

05/08/22        256.87

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE          MD 21213

# CITY OF BALTIMORE

BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202
HOURS:  8:30 A.M. TO 3:30 P.M., MONDAY – FRIDAY  410-396-3989
**MAKE PAYABLE TO:  DIRECTOR OF FINANCE, BALTIMORE CITY**

### DUPLICATE BILL

BILL NO:      9294711

BLOCK/LOT:  4178A  016

BILL DATE:  07/06/21

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

| DESCRIPTION | AMOUNT |
|---|---|
| LOCATION:  3130 RAVENWOOD AVE | |
| WORK ORDER:  U35553      DATE:  06/28/21 | |
| CLEAN WHERE NECESSARY. | 160.00 |
| THIS CHARGE IS A LIEN ON PROPERTY THE SAME AS TAXES. | |
| 1.5% PER MONTH OR FRACTION THEREOF WILL BE ADDED IF BILL IS NOT PAID WITHIN 30 DAYS AFTER DATE OF INVOICE. | |
| IF YOU HAVE ANY QUESTIONS CONCERNING THIS BILL, PLEASE CALL 410-396-1023. | |
| TOTAL | 160.00 |
| BALANCE DUE REFLECTS PAYMENTS, ADJUSTMENTS, COURT COSTS AND PENALTIES INCURRED SINCE THE BILL DATE          BALANCE DUE | 181.60 |

MBPBLX REV. 2 – 01/13

CITY OF BALTIMORE
BUREAU OF REVENUE COLLECTIONS
200 N. HOLLIDAY ST.  BALTIMORE, MD 21202

### MISCELLANEOUS BILL

IF PAID BY

BILL NO:    9294711

BLOCK/LOT:  4178A  016

BILL DATE:  07/06/21

PLEASE RETURN THIS PART WITH YOUR PAYMENT
Baltimore City now offers a FREE service for paying
this bill online via a personal checking account.
Please visit baltimorecity.gov and click 'Online
Payments' under Services.

05/06/22        181.60

P. O. BOX 17535
BALTIMORE, MD  21297-1535

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE        MD 21213

B01432010

## WATER BILL

Department of Public Works
Division of Customer Support
200 Holliday St. #404
Baltimore, MD 21202

### Account Summary

| | | | |
|---|---|---|---|
| Account Number | 11000284736 | Previous Balance | $280.86 |
| Property Owner | JOSEPH BELL & WF | | |
| Service Address | 3130 RAVENWOOD AVE | Payments Received | $0.00 |
| Property Id | 4178A016 | Payments Returned | $0.00 |
| Bill Date | 04/28/2022 | Balance Forward | $280.86 |
| **Due Date** | **05/18/2022** | Current Charges | $4.33 |
| | | **Amount Due** | **$285.19** |

Customer Service (M-F):  (410) 396-5398 (8:30 AM – 4:30 PM)
DPW.Billing@baltimorecity.gov
http://publicworks.baltimorecity.gov/
Emergency Service          (410) 396-5352 (24 hrs)

DPW's most recent Water Quality Report is available online at publicworks.baltimorecity.gov/waterreport. Please call 311 to have a report mailed to you.

### Historical Usage

No historical usage.

| | # Days | Total CCF | GAL | Daily Avg. Cons. CCF | GAL |
|---|---|---|---|---|---|
| Current Month | | | | | |
| Previous Month | | | | | |
| This Period Last Year | | | | | |

### Details of Current Charges                        $4.33

| | |
|---|---|
| **Service Charges** | **$4.33** |
| Stormwater Fee | $4.33 |

---



Department of Finance
Bureau of Revenue Collections
200 Holliday Street
Baltimore, MD 21202

Service address:  3130 RAVENWOOD AVE

Return this portion with your payment          B01432010;

| Account Number | 11000284736( |
|---|---|
| **Amount Due Now** | **$285.19** |
| Amount Enclosed | $ |

MAKE CHECKS PAYABLE TO:
Director of Finance, Baltimore City

YOU MAY VIEW AND MANAGE YOUR ACCOUNT ONLINE AT HTTP://PUBLICWORKS.BALTIMORECITY.GOV/

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE, MD 21213-1644

Revenue Collections
PO Box 17535
Baltimore, MD 21297-1535

Real Property Data Search ()
Search Result for BALTIMORE CITY

|  |  |
|---|---|
| View GroundRent Redemption | View GroundRent Registration |

Special Tax Recapture: None
Account Identifier: Ward - 08 Section - 26 Block - 4178A Lot - 016

## Owner Information

| Owner Name: | JOSEPH BELL & WF | Use: | RESIDENTIAL |
|---|---|---|---|
|  |  | Principal Residence: | NO |
| Mailing Address: | 3130 RAVENWOOD AVE | Deed Reference: |  |
|  | BALTIMORE MD 21213-1644 |  |  |

## Location & Structure Information

| Premises Address: | 3130 RAVENWOOD AVE | Legal Description: | 13X79 |
|---|---|---|---|
|  | BALTIMORE 21213-1644 |  |  |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| 0008 | 0000 | 0000 | 8010228.03 | 0000 | 26 | 4178A | 016 | 2023 | Plat Ref: |

Town: None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1920 | 1,118 SF |  |  | 1130 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| 2 |  | RENTAL DW | BRICK/ | 3 | 1 full |  |  |

## Value Information

|  | Base Value | Value | Phase-in Assessments |  |
|---|---|---|---|---|
|  |  | As of 01/01/2020 | As of 07/01/2022 | As of 07/01/2023 |
| Land: | 3,000 | 3,000 |  |  |
| Improvements | 8,000 | 8,000 |  |  |
| Total: | 11,000 | 11,000 | 11,000 |  |
| Preferential Land: | 0 |  |  |  |

## Transfer Information

| Seller: |  | Date: |  | Price: |  |
|---|---|---|---|---|---|
| Type: |  | Deed1: |  | Deed2: |  |
| Seller: |  | Date: |  | Price: |  |
| Type: |  | Deed1: |  | Deed2: |  |
| Seller: |  | Date: |  | Price: |  |
| Type: |  | Deed1: |  | Deed2: |  |

## Exemption Information

| Partial Exempt Assessments: | Class |  | 07/01/2022 | 07/01/2023 |
|---|---|---|---|---|
| County: | 000 |  | 0.00 |  |
| State: | 000 |  | 0.00 |  |
| Municipal: | 000 |  | 0.00| | 0.00| |

Special Tax Recapture: None

## Homestead Application Information

Homestead Application Status: No Application

## Homeowners' Tax Credit Application Information

Homeowners' Tax Credit Application Status: No Application        Date:


EXHIBIT

# DHCD Legal Title Report

| | | | | | | |
|---|---|---|---|---|---|---|
| **Address:** | 3130 Ravenwood Ave. | | | | **Through Date:** | 5/30/2022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Ward:** | 08 | **Section:** | 26 | **Block:** | 4175A | **Lot:** | 016 |
| **Deed Date:** | 3/11/1977 | **Deed Liber:** | RHB 3472 | **Deed Folio:** | 543 | | |

**OWNERS: JOSEPH BELL**

**GROUND RENT HOLDERS: NONE**

**OPEN MORTGAGES:  NONE**

**OPEN JUDGMENTS:**

The State of Maryland, ,
Case No: 84160074L in the Circuit Court for Baltimore City,
June 8, 1984.

The State of Maryland, ,
Case No: 24-L-17-005251 in the Circuit Court for Baltimore City,
July 26, 2017.

The State of Maryland, ,
Case No: 24-L-19-006291 in the Circuit Court for Baltimore City,
June 10, 2019.

The State of Maryland, ,
Case No: 24-L-19-012717 in the Circuit Court for Baltimore City,
November 6, 2019.

The United States of America,
case No: 24-L-18-006368 in the Circuit Court for Baltimore City,
May 24, 2018.

US Bank, custodian for LLF1-MD, Inc.,
case No: 24-C-13-004511 in the Circuit Court for Baltimore City,
September 12, 2014.

**ESTATE SEARCHES:**

The Estate of Joseph Bell
Estate No: 104337
Personal Representative: Anthony De Laurentis
Address: 2120 Jolie Pl., Crofton, MD 21114

**EXHIBIT**

| | | |
|---|---|---|
| **MAYOR AND** | * | **IN THE** |
| **CITY COUNCIL** | | **CIRCUIT COURT** |
| **OF BALTIMORE** | * | **FOR** |
| | | **BALTIMORE CITY** |
| **Plaintiff,** | * | |
| | | Case No. |
| **v.** | * | |
| | | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT

1.    I, __Fran Lipsitz__, have been trained in the generally accepted methods of title examination and have conducted a complete search of the records of the Land Records Office for Baltimore City, the Circuit Court for Baltimore City, and the Register of Wills for Baltimore City for the property known as:

_3130 Ravenwood Ave._ , Block _4178A_ , Lot _016_

This search was conducted in accordance with those generally accepted methods of title examination for the period of not less than 50 years before the examination of the title.

2.    A true copy of the title report is attached to this affidavit.

Search Date: _6/1/2022_

I affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Dated: _6/1/2022_

Signature: _Francine Lipsitz / Equity Abstracts, Inc._



**UNITED STATES**
**POSTAL SERVICE** ®

---

# PROOF OF ACCEPTANCE
# (ELECTRONIC)


PRODUCED DATE: 05/27/2022


CITY OF BALTIMORE:


The following is information for Certified Mail™/RRE item number:
  9236 0901 9403 8377 6117 84


Our records indicate that this item was accepted by the USPS at:
  ORIGIN ACCEPTANCE BALTIMORE,MD 21202 05/26/2022


ORIGINAL INTENDED RECIPIENT:
  JOSEPH BELL & WF
  3130 RAVENWOOD AVE
  BALTIMORE MD 21213-1644



Custom 1: 3130 RAVENWOOD AVE




The above information represents informatio[n] ~~EXHIBIT~~ [unit]ed States Postal Service.



**UNITED STATES**
**POSTAL SERVICE**

RETURN TO SENDER

Mailer: City of Baltimore

Date Produced: 06/20/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8377 61 17 84. Our records indicate that this item was delivered on 06/16/2022 at 02:56 p.m. in BALTIMORE, MD 21202. The scanned image of the recipient information is provided below.

Signature of Recipient :

MIALK KRINIXA

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

Customer Reference Number:        C3452462.20243171

USPS MAIL PIECE TRACKING NUMBER: 420212139236090194038377611784
MAILING DATE:        05/25/2022
DELIVERED DATE:   06/16/2022
Custom 1: 3130 RAVENWOOD AVE

RETURN TO SENDER

MAIL PIECE DELIVERY INFORMATION:

JOSEPH BELL & WF
3130 RAVENWOOD AVE
BALTIMORE MD 21213-1644

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 05/25/2022 16:31 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BALTIMORE,MD 21202 |
| 05/26/2022 21:07 | ORIGIN ACCEPTANCE | BALTIMORE,MD 21202 |
| 05/26/2022 22:22 | PROCESSED THROUGH USPS FACILITY | BALTIMORE MD DISTRIBUTION CENTE 21233 |
| 05/27/2022 07:41 | ARRIVAL AT UNIT | BALTIMORE,MD 21213 |
| 05/27/2022 07:52 | OUT FOR DELIVERY | BALTIMORE,MD 21213 |
| 05/28/2022 01:52 | AWAITING DELIVERY SCAN | BALTIMORE,MD 21213 |
| 05/28/2022 11:13 | VACANT | BALTIMORE,MD 21213 |
| 06/09/2022 09:47 | PROCESSED THROUGH USPS FACILITY | MERRIFIELD VA DISTRIBUTION CENT 22081 |
| 06/14/2022 17:44 | PROCESSED THROUGH USPS FACILITY | MERRIFIELD VA DISTRIBUTION CENT 22081 |
| 06/15/2022 08:39 | PROCESSED THROUGH USPS FACILITY | BALTIMORE MD DISTRIBUTION CENTE 21233 |
| 06/16/2022 12:11 | ARRIVAL AT UNIT | BALTIMORE,MD 21202 |
| 06/16/2022 12:22 | OUT FOR DELIVERY | BALTIMORE,MD 21202 |
| 06/16/2022 14:56 | DELIVERED TO ORIGINAL SENDER | BALTIMORE,MD 21202 |



ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|ɹɹ|

RETURN TO SENDER
UNABLE TO FORWARD
NO MAIL RECEPTACLE
RETURN TO SENDER

C F S

R-T-S-   2121353568-IN   06/13/22

JOSEPH BELL & WF
130 RAVENWOOD AVE
BALTIMORE MD 21213-1644



9236 0901 9403 8377 6117 84

USPS CERTIFIED MAIL

ICD - Dev. Division Legal
7 E. Fayette St., 10th floor
Baltimore MD 21202

2022 AUG 15  AM 10: 10

RECEIVED-MAIL ROOM
U.S. ATTORNEY'S OFFICE
BALTIMORE, MARYLAND